FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 02 2008

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 4:08cr308 HDY

DONALD C. ANDERSON
RICKEY D. McDANIEL                                          DEFENDANTS

ORDER OF DISMISSAL

The Motion to Dismiss filed by the United States (doc. 2) is granted. This case is hereby dismissed.

Dated this ____2____ day of September, 2008.

_____
United States Magistrate Judge